[No. 35870-7-I.     Division One.     September 3, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. LEON
DWAYNE BAUCHAM, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-03873-3, George T. Mattson, J., entered
December 27, 1994. *Affirmed* by unpublished per curiam
opinion.


[No. 35910-0-I.     Division One.     September 3, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. REGINA
SAUNDERS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-8-05632-0, R. Joseph Wesley, J., entered
December 14, 1994. *Dismissed* by unpublished per curiam
opinion.


[No. 36122-8-I.     Division One.     September 3, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN J.
CRAIG, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 93-1-00547-7, Michael F. Moynihan, J.,
entered October 27, 1994. *Remanded* by unpublished per
curiam opinion.


[No. 36235-6-I.     Division One.     September 3, 1996.]

NORTH KINGSTON COMMUNITY ASSOCIATION,
*Respondent*, v. GARY LINDSEY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-22867-6, Robert S. Lasnik, J., entered
February 6, 1995. *Affirmed in part, reversed in part* and
*remanded* by unpublished opinion per Coleman, J.,
concurred in by Grosse and Cox, JJ.